IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10416
Conference Calendar
_____

JOHN HENRY JOHNSON,

                                        Plaintiff-Appellant,

versus

DALLAS-FORT WORTH AIRPORT,
Police Department, HANEY, Sgt.,
RUTHART, Sgt.,

                                        Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:95-CV-2598-P
- - - - - - - - - - -
August 22, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     John Henry Johnson, # 629320, an inmate of the Texas
Department of Criminal Justice appeals the dismissal of his suit
pursuant to 28 U.S.C. § 1915(d), now redesignated as
§ 1915(e)(2)(B)(i) by § 804 of the Prison Litigation Reform Act,
Pub. L. No. 104-134, 110 Stat. 1321 (1996).  Johnson contends

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

that the defendants falsely arrested him, used excessive force on him, and mistreated him while in custody.  We have reviewed the record and Johnson's brief and AFFIRM the district court's dismissal for essentially the same reasons adopted by the district court.  <u>Johnson v. Dallas Fort-Worth Police Dept.</u>, No. 3:95-CV-2598-P (N.D. Tex. Mar. 27, 1996).  Johnson's motions to supplement the record and for an evidentiary hearing are DENIED.